CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

MAR 05 2013

JULIA C. DUDLEY, CLERK
BY: /s/ Deputy Clerk

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | |
|---|---|
| HASAN BAYADI, | Civil Action No.: 7:12-cv-436 |
| Plaintiff, | ORDER |
| v. | |
| | Hon. James C. Turk |
| RANDALL C. MATHENA, et al., | Senior United States District Judge |
| Defendants. | |

This matter is presently before the Court on Defendants' Motion for Summary Judgment. ECF No. 15. For good cause shown, it is hereby

**ADJUDGED AND ORDERED**

that the Motion for Summary Judgment is **GRANTED IN PART** and **DENIED IN PART, WITHOUT PREJUDICE**. Specifically, the Motion is **GRANTED** as to the Equal Protection and the RLUIPA claim for monetary damages and **DENIED WITHOUT PREJUDICE** as to the RLUIPA claim for injunctive relief. Defendants are directed to file a Second Motion for Summary Judgment due 30 days from the entry of this order, if they deem such a motion warranted. If no such motion is filed, the Court will set this matter for an evidentiary hearing on the remaining claim.

The Clerk of Court is directed to send copies of this order to counsel of record for Defendants and to the pro se plaintiff.

ENTER: This 5th day of March, 2013.

/s/ James C. Turk
Hon. James C. Turk
Senior United States District Judge